UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HORACIO TREVINO SAENZ, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-85 |
| | § | |
| SIX UNKNOWN NAMES AGENTS, *et al*, | § § | |
| Defendants. | § § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS**

On May 10, 2011, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the Court dismiss plaintiff's civil rights action for failure to prosecute. A copy of the Memorandum and Recommendation was mailed to plaintiff with a card to be returned indicating his receipt of the mailing. That mailing has been returned by the U.S. Post Office as undeliverable, as have all other mailings to the plaintiff. The plaintiff has not furnished a new address to the Court. Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that plaintiff's civil rights action is dismissed for failure to prosecute.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 13th day of July, 2011.

_____
Janis Graham Jack
Senior United States District Judge